GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

JOHNATHAN C. BOLTON        9650-0
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: 808.547.5854
Facsimile: 808.547.5880
Email: jbolton@goodsill.com

ANDRES ORTIZ LAW

ANDRES ORTIZ     (Pro Hac Vice Admission Pending)
4201 Long Beach Blvd., Ste 326
Long Beach, CA 90807
Phone: 657.243.3768
Email: andres.ortiz@andresortizlaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAI'I**

| | |
|---|---|
| John Doe,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>United States Department of Homeland Security; and Customs and Border Protection,<br><br>　　　　　Defendants. | Case No.: 1:25-cv-00507<br><br>PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF PLAINTIFF [REDACTED]; EXHIBITS "1" - "4"; DECLARATION OF COUNSEL |

**PLAINTIFF'S MOTION TO PROCEED UNDER A PSEUDONYM**

Pursuant to Federal Rule of Civil Procedure 10(a) and this Court's inherent authority, Plaintiff respectfully moves for leave to proceed with this case under the pseudonym "John Doe." Plaintiff is a well-known public figure whose identity, if revealed, would subject him to severe and irreparable harms, including risk of reputational harm, safety, potential use for scandalous or libelous purposes, harassment, or exploitation.

This motion is supported by the accompanying Memorandum and the Declaration of Counsel submitted in support. A non-hearing disposition is appropriate under Local Rule 7.1(c), (d).

DATED: Honolulu, Hawaii, November 25, 2025.

    _/s/ Johnathan C. Bolton___
    JOHNATHAN C. BOLTON
    ANDRES ORTIZ

    Attorneys for Plaintiff