GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

JOHNATHAN C. BOLTON                  9650-0
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: 808.547.5854
Facsimile: 808.547.5880
Email: jbolton@goodsill.com

ANDRES ORTIZ LAW

ANDRES ORTIZ       (Pro Hac Vice Admission Pending)
4201 Long Beach Blvd., Ste 326
Long Beach, CA 90807
Phone: 657.243.3768
Email: andres.ortiz@andresortizlaw.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAI'I**

| John Doe, | Case No.: |
| --- | --- |
| Plaintiff, | |
| vs. | DECLARATION OF PLAINTIFF [REDACTED] |
| United States Department of Homeland Security; and Customs and Border Protection, | |
| Defendants. | |

My name is [Plaintiff's Name]; I declare the following to be true and accurate to the best of my abilities and if called to, I would testify to the following:

1. I was born in [City], on [Date]. I have also gone by the name [Alias Name]. I am a citizen of [Home Country] by birth, [Name of Country] through my father, and the United States through naturalization.

2. Growing up, I had a difficult childhood. I never had a relationship with my father because he left when I was two years old. My life with my mother was very difficult. [Description of home life], I now see (as the father of [children] myself) how my life began to fall apart at a very early age. Around the age often I found myself living on the streets, in abandoned buildings and in youth refuges. Once I found my first bed in a government [facility] I was officially in the system, at which time I was placed into [foster care].

3. The [] Foster Care system was terrible for me. It became apparent to me, even at such a young age that most of the families weren't actually interested in raising a troubled kid but wanted the government's check. Most of them were mean to me and didn't try to hide the fact they wished I wasn't there. I never felt at ease with any of them, and at some stage the all gave me back. I never felt like I truly belonged with any of my foster families.

4. For example, one night I was dropped off to a house with a woman and her twenty something daughter. They put me in a room with a bed with one blanket and an empty wardrobe, then they fought and screamed at each other for most of the night as they got more and more drunk, then the van picked me up the next morning before breakfast and took me back to the refuge. No one said anything when I left. It was very emotionally draining for me to have to constantly transition living with so many different families so frequently. I never felt like I truly belonged anywhere or with any one, and I believe that it is what led me to keep company with people who were bad influences. I had found a tribe of people who were just like me, they didn't have families either. I understand now how dangerous these associations were and would never allow my own children anywhere near such people, but to me back then they were my only lifeline. They also taught me about drugs. During those years, I had several of my friends die by overdose or suicide.

5. Over the years I made several attempts to get clean and sober, but I never succeeded. I didn't know anything about addiction or alcoholism and

thought I could simply swap this lifestyle for another, but anytime I did get a part time job I was fired soon after and anytime I would try to not drink or use, the outcome seemed inevitable.

6. Shortly after turning [age], I was arrested for a string of charges. The judge in one of my cases sentenced me to a one-year in-patient rehabilitation program. I remember some of the court staff asking the judge to place me in [Name of Rehabilitation Facility], it was a program in the country. I was also the youngest person to ever enter [Name of Rehabilitation Facility]. The program had previously been reserved for people who had serious substance abuse problems. Many of the patients don't make it. However, the court staff persuaded the judge to take a chance and put me in that program.

7. They said the [Name of Rehabilitation Facility] was a very gentle place, a "Theraputic Community" and that I had had enough trauma and should be in a place like this to recover. It suited me because I had spent a lot of my childhood on family farms and cattle ranches and the lifestyle was familiar, and clearly what I needed. I got on a train with very little personal possessions and arrived at [Name of Rehabilitation Facility] on [Date], [number of days] days after the hearing. My mother and sister put me on that train and as I left the platform, the look of hope in their eyes is something I hang onto to this day.

8. Without a doubt, [Name of Rehabilitation Facility], was the best thing that has ever happened to me. I was assigned a case worker, her name was Deb. Deb taught me all about addiction and alcoholism, and about what had happened to me and that it wasn't normal or okay. I learned about trauma, that my father was an alcoholic, that my mother wasn't well. They introduced me to Alcoholics Anonymous and took me to meetings. I was able to take classes with all the other people there and be away from the toxic environment I had been in for so many years. I was also exposed to healthy, strong male role models for the first time who taught me the important things about being a man and helped me begin the process of re-entering the community and my life.

9. It was during this period that I found my faith and started a relationship with God, which is extremely important to me. I also made a pact to myself at that treatment center, that I would go to any lengths to remain sober for the rest of my life. The life I had been living was hard and full of many heartaches. It had become a prison of reoccurring trauma that I had to face

    every day and it was simply not worth it to continue down the path I was headed before I made it to recovery. The most important realization I made in rehab was that I have self-worth and that my life had meaning. And though I didn't yet know exactly what that meaning would be, I never looked back.

10. I finished my time at the in-patient program early and transitioned to a halfway house that was situated in the town of [Name of Town] close by [Name of Rehabilitation Facility]. I lived with a house full of other men who were all living in recovery. They treated me like their little brother and took me everywhere with them, to AA meetings, out to lunch, surfing at the beach. They treated me like this because they loved me and those men really helped me learn to love myself, take care of myself and be of service to others whenever you possibly can. I continued my successful road towards recovery.

11. Since entering the drug rehab program, I have been sober, I've never touched drugs and I have never had a drug-related arrest or sustained a probation violation for violating the terms of my rehab. Being sentenced to the rehabilitation programs was the best thing that ever happened it me. If I was not forced to attend those programs, I would have never taken the opportunity to reflect on my life and where it was headed. Rehabilitation literally saved my life and put me on the path towards success as an actor.

12. I made the decision to attend [Name of School]. I had very little qualifications for any employment but I had a story to tell. For some reason, I believed that [entertainment] would be a good profession for me. I wanted to explore Truth in as many ways as I could. [Name of School] is the [competitive] and I didn't think I would get in. [Enrollment statistics]. In [Date], I graduated from [Name of School] with a Bachelor's Degree in [Major].

13. As my career took off [], I was presented opportunities in the United States. Through my agent, I secured an O-1 Visa. I played several roles and started to feel like the United States may be the place where I wanted to live permanently.

14. In [date], I was offered the role of [role] in [theatrical production]. [Beginning in] 2010. It was here in [Place] that, through mutual friends I met [my wife]. [Personal details about wife and son].

15. As [my wife] and I grew as a family, we decided that I should look for some way to receive permission to live in the United States permanently. I had been involved with [theatrical productions] for several years at that point. During that time, I was [details of work]. By this point, I was traveling [] frequently to receive medical treatment []. [We decided that my wife] would sponsor me for my green card.

16. As a part of the process, I disclosed my criminal record and all immigration-related issues to United States Citizenship and Immigration Services. As a part of the green card process, I applied for several waivers to forgive all of my immigration and criminal issues. As a part of the waiver process, I explained the rehabilitation I have undertaken and the hardship my family would face if I could no longer live in the United States. This was a challenging process for me because I do not like talking about myself or my struggles. After my experience at [Name of Rehabilitation Facility], I have wanted to help people who face the same struggles that I did. I have been sober for [number of years] and have routinely attended and run AA meetings. I am proud of my progress and I happy with where my life is now.

17. My waivers and green card were granted in [Year]. I was told at that point that I would have a "clean slate" for immigration purposes and I should have no problems moving forward. In [year], I applied for my citizenship and again, I disclosed my past history and explained how my waivers were granted and I was given a clean slate. In 2023, my citizenship was granted; after years of struggle and hard work, I could finally call myself a citizen. Shortly after that, I applied for and received my American passport. I was told that now that I was a citizen, I would no longer face scrutiny because of these convictions that occurred over 30 years ago. I also note that these crimes were [] the equivalent of being expunged in [my Home Country] police system.

18. Until February 2025, I never had a problem with entering the United States after traveling abroad. However, in February of this year I was stopped by immigration in Honolulu after [details of trip]. I was confused at first, by the level of hostility shown towards me as they took me to secondary screening. I was also confused about going there at all. I was placed in a room with one enormous, armed supervisor. When I reached for my phone to inform my wife that I had been detained, the man yelled at me. He threatened that if I touched my phone "we'll have a problem". I was intimidated and shocked, and tried to avert my gaze as he stared at me,

without wavering, for the next 10 minutes. Then a different officer took me into another, separate room and interrogated me for about 20 more minutes. During this interrogation I was asked intrusive questions, even though I had not been told what, if anything, I was suspected of doing wrong. I was compliant, but after several minutes, I asked to see a supervisor. I was then escorted into a tiny side room, before being abruptly released with no explanation. I was shocked at how aggressive the officers were, despite never being told what I had done wrong. I felt embarrassed because I felt like I was being treated like a criminal, even though I was told that I was given a clean slate.

19. After this incident, I asked [my attorney] why I was treated this way. He suggested that we file a request for my immigration file through a Customs and Border Protection FOIA. It is my understanding that the results are to be given to me within 20 or 30 business days. As of writing this declaration, I have not received my FOIA.

20. I had reentered the United States, three additional times since February 2025 and each times the officers were aggressive towards me. On [Date], [I] w[as] returning home from a trip abroad and I was again sent to secondary inspection. At first, the officer was cheerful with me until he swiped my passport, then upon seeing my record on his computer he became gruff and short tempered. He locked my passport in a small lock-box with an alarm device on it and told me to take it to secondary inspection. I did, and the officer there pulled everything out of my carry-on luggage, demanding receipts for things that "looked new." He turned out to be a great guy once we had the chance to talk and he saw that the criminal record he was looking at on his computer was 30 years old. He said he was sorry this kept happening to me and in his opinion it shouldn't. He also said if I don't get it cleared up, I will always be treated this way by US Customs and Border Protection and since I travel all the time for work, I was destined for a life of interrogation and dehumanization.

21. I am asking the court to allow me to proceed under a pseudonym because in the public eye due to my career. Every time I travel, I am in the public eye. I have been detained several times despite being told I was given a clean slate. The last thing I want is [someone] to learn of my detention and expose my past to the public, as it may affect future employment. I have done everything that was asked of me in [my home country] and the United States to seek forgiveness and reconciliation for my mistakes as a youth. It feels like I can never escape my past, even though I have taken the appropriate

    equitable and legal steps to do so.  When I went through my green card and citizenship process, it was a confidential proceeding.  I am hoping to proceed under a pseudonym because all of my immigration matters have been confidential up to this point and the only reason I am filing this lawsuit is because the government has not timely responded to my request.  It feels inequitable that I am having to waive my confidentiality, the confidentiality that I would be entitled to in any other immigration proceeding, to assert my rights.

22.    I hope that the court will grant my request to proceed under a pseudonym because my immigration proceeding has been confidential up to this point and because I am in the public eye, I fear that I will have to answer questions about my past, a past that has been traumatizing to me.

I declare the following, under penalty of perjury.  This declaration was executed on 11/19/25 at Honolulu, Hawaii.

_____
    [Plaintiff]