**<u>EXHIBIT 1</u>**

SecureRelease™ Portal

Request Number: CBP FO-2025-xxxxxx

**Details of Request**
(Read only details of request)

[CREATE APPEAL]  [CANCEL]

**Request Description:** Provide information relating to the subject's referral to secondary inspection upon entry to the United States at the [Airport]on or about [date]. Provide all inspection and examination information that led to [Plaintiff's]referral to secondary inspection. This information includes, but is not limited to the TECS report; any System of Records Notice; and any information shared with CBP from the NPRS or any other Australian database.

**Fee Waiver Requested? :** Not Requested

**Reason for Fee Waiver:** -

**Agency:** Department of Homeland Security

**Component:** U.S. Customs & Border Protection

**Processing Track:** Simple

**Expedited Processing?:** Not Requested

**Request Type:** FOIA Request Submitted

**Date:** xx/xx/xxxx

**Reason for Expedited Processing:** -

**Request Status:** Searching for Records

**Identity Verification Status:** Not Requested by Agency

**Additional Information**
(Additional details or clarifications of request.)

**Subject of Record- First Name:** [Plaintiff First Name]

**Subject of Record- Last Name:** [Plaintiff Last Name]

**Passport Number:** xxxxxxxxx

**Country of Birth:** [Country Name]

**Date of Birth:** xx/xx/xxxx

**Files uploaded by user**
• Files not exceeding 20 MB in size, can be attached.

| File Name | Attachment Type |
|---|---|
|  | General Documentation |

| File Name | Attachment Type |
|---|---|

5 rows    |<    <    1-1 of 1    >    >|

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte

**EXHIBIT 2**

SecureRelease™ Portal 

Request Number: CBP FO-2025-xxxxxx

**Details of Linked Appeal(s)**
(Read only details of appeal(s) linked to the request)

| Appeal Number | Submitted Date | Request Status | Basis For Appeal | Estimated Completion Date |
|---|---|---|---|---|
| CBP-AP- 2025-xxxxxx | xx/xx/2025 | Closed (No Documents Sent) | It has been longer than the statutory time limit to process this FOIA. If we do not receive results within 7 days, we will file a lawsuit in federal court to process the FOIA | - |

5 rows     1-1 of 1

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIE SETTINGS    GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte

**<u>EXHIBIT 3</u>**



Sofia Ricci <ricci@andresortizlaw.com>

## CBP FOIA - CBP-FO-2025-xxxxxx
1 message

**cbpfoia@cbp.dhs.gov** <noreply@securerelease.us>     Thu, Sep 11, 2025 at 11:08 PM
Reply-To: cbpfoia@cbp.dhs.gov
To: legal@andresortizlaw.com

09/12/2025

CBP-FO-2025-088369

Dear Andres Ortiz,

This is a final response to your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) requesting CBP maintained records. Specifically, you requested Provide information relating to the subject's referral to secondary inspection upon entry to the United States at the Honolulu International Airport on or about [Date], 2025. Provide all inspection and examination information that led to [Plaintiff's] referral to secondary inspection. This information includes, but is not limited to the TECS report; any System of Records Notice; and any information shared with CBP from the NPRS or any other Australian database..

We conducted a comprehensive search of files within the CBP databases for records that would be responsive to your request. Unfortunately, we were unable to locate or identify any responsive records, based upon the information you provided in your request.

Note: CBP does not have complete records of apprehensions made by Border Patrol before 2000. Records of apprehensions made by Border Patrol before 2000 may be available in the A-File maintained by USCIS.

This completes the CBP response to your request. You may contact CBP's FOIA Public Liaison, Charlyse Hoskins, by sending an email via your SecureRelease account, mailing a letter to 1300 Pennsylvania Avenue, NW MS 1181, Washington DC, 20229 or by calling 202-325-0150. (If you need telecommunication relay service (TRS) assistance to communicate with the CBP FOIA Office and you are in the United States, please dial 711 to obtain TRS assistance and notify the Communications Assistant that you want to contact the CBP FOIA Office at the telephone number (202) 325-0150). The FOIA Public Liaison is able to assist in advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist in reducing delays by advising the requester on the type of records to request, suggesting agency offices that may have responsive records and receive questions or concerns about the agency's FOIA process. Please notate file number CBP-FO-2025-xxxxxx on any future correspondence to CBP related to this request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

If you are not satisfied with the response to this request, you have a right to appeal the final disposition. Should you wish to do so, you must file your appeal within 90 days of the date of this letter following the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.8. Please include as much information as possible to help us understand the grounds for your appeal. You should submit your appeal via SecureRelease. If you do not have computer access, you may send your appeal and a copy of this letter to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, 10th Floor, Washington, DC 20229-1177. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia. Additional information can be found at the following link https://www.cbp.gov/sites/default/files/assets/documents/2019-Dec/definitions-exemptions-foia_0.pdf.

Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection

**EXHIBIT 4**

SecureRelease™ Porta

Number  CBP-FO-2025-xxxxxx

**Details of Linked Appeal(s)**
(Read only details of appeal(s) linked to the request)

Q Search

| Appeal Number | Submitted Date | Request Status | Basis For Appeal | Estimated Completion Date |
|---|---|---|---|---|
| CBP-AP-2025-00xxxx | [Date] /2025 | Closed (No Documents Sent) | It has been longer than the statutory time limit to process this FOIA. If we do not receive results within 7 days, we will file a lawsuit in federal court to process the FOIA | |
| CBP-AP-2026-00xxxx | [Date]/2025 | Initial Determination | On 9/11/25, CBP responded to the FOIA request, indicating that it did not have any records "relating to the subject's referral to secondary inspection upon entry to the United States at the Honolulu International Airport on or about [Date], 2025. Provide all inspection and examination information that led to [Plaintiff'] referral to secondary inspection. This information includes, but is not limited to the TECS report; any System of Records Notice; and any information shared with CBP from the NPRS or any other [Country] database." This is impossible because the subject has | |

| Appeal Number | Submitted Date | Request Status | Basis For Appeal | Estimated Completion Date |
|---|---|---|---|---|
| | | | been sent to secondary inspection every time he travels. This investigation was insufficient. Provide the evidence. | |

5 rows ▼  |<  <  1-2 of 2  >  >|

SUPPORT    LICENSES    PRIVACY NOTICE    COOKIE NOTICE

COOKIESETTINGS    GOVERNMENT SYSTEM NOTICE

© 2025 Powered by Deloitte