GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

JOHNATHAN C. BOLTON                9650-0
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: 808.547.5854
Facsimile: 808.547.5880
Email: jbolton@goodsill.com

ANDRES ORTIZ LAW

ANDRES ORTIZ     (Pro Hac Vice Admission Pending)
4201 Long Beach Blvd., Ste 326
Long Beach, CA 90807
Phone: 657.243.3768
Email: andres.ortiz@andresortizlaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| John Doe,[1]                                                                 | Case No.:             |
|------------------------------------------------------------------------------|-----------------------|
| Plaintiff,                                                                   |                       |
| vs.                                                                          | DECLARATION OF COUNSEL |
| United States Department of Homeland Security; and Customs and Border Protection, |                       |
| Defendants.                                                                  |                       |

## **DECLARATION OF COUNSEL**

I, **Andres Ortiz,** hereby declare as follows:

1. I am counsel for Plaintiff in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion to Proceed under a Pseudonym. I have personal knowledge of the facts stated herein, and if called as a witness, I could and would testify competently thereto.
2. The Complaint contains Plaintiff's true identity and sensitive personal information. Public disclosure of this information could cause harm to Plaintiff, including privacy, safety, and immigration-related risks.
3. Good cause exists to file the unredacted Complaint under seal because it includes personally identifiable information and other sensitive details that fall within the protections of Federal Rules of Civil Procedure 5.2(d) and 26(c), and Local Rule 5.2 of the District of Hawai'i.
4. Plaintiff is concurrently filing a redacted public version of the Complaint. The redactions are limited solely to Plaintiff's true identity and sensitive personal information and preserve public access to all non-confidential allegations.
5. The request to seal the unredacted Complaint is narrowly tailored to protect Plaintiff's privacy interests while maintaining the public's right of access to judicial filings.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 21 2025, at Long Beach California.

_____
Andres Ortiz, Esq.