GOODSILL ANDERSON QUINN & STIFEL
A Limited Liability Law Partnership LLP

JOHNATHAN C. BOLTON          9650-0
999 Bishop Street, Suite 1600
Honolulu, Hawaii 96813
Telephone: 808.547.5854
Facsimile: 808.547.5880
Email: jbolton@goodsill.com

ANDRES ORTIZ LAW

ANDRES ORTIZ      (Admitted Pro Hac Vice)
4201 Long Beach Blvd., Ste 326
Long Beach, CA 90807
Phone: 657.243.3768
Email: andres.ortiz@andresortizlaw.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAI'I

| John Doe,<br><br>    Plaintiff,<br><br>vs.<br><br>United States Department of Homeland Security; and Customs and Border Protection,<br><br>    Defendants. | Case No.: 1:25-cv-00507-JAO-WRP<br><br>STIPULATION AND ORDER EXTENDING DEADLINES PENDING SETTLEMENT |
|---|---|

## STIPULATION AND ORDER FOR EXTENSION OF
## <u>DEADLINES PENDING SETTLEMENT</u>

13308379.2

Plaintiff JOHN DOE ("Plaintiff") and Defendants UNITED STATES DEPARTMENT OF HOMELAND SECURITY ("DHS") and CUSTOMS AND BORDER PROTECTION ("CBP," and together with DHS and Plaintiff, the "Parties"), by and through their respective counsel, have stipulate and agreed (the "Stipulation") for the record in this case as follows:

WHEREAS, on November 25, 2025, Plaintiff commenced this action by filing its Complaint for Declaratory and Injunctive Relief [Dkt. 1]; and

WHEREAS, that same day, Plaintiff filed a Motion to Proceed under a Pseudonym [Dkt. 2] and a Motion to Seal [Dkt. 3]; and

WHEREAS, on January 28, 2026, the Court denied Plaintiff's Motion to Proceed under a Pseudonym and ordered that Plaintiff file a supplemental brief regarding Plaintiff's Motion to Seal no later than February 18, 2026 and to amend his Complaint; and

WHEREAS, DHS and CBP acknowledge having been duly-served with copies of the Summons and Complaint in this case in accordance with law; and

WHEREAS, the Parties have been engaged in settlement discussions for the past few months regarding the underlying merits of this case; and

WHEREAS, in order to save time and expenses, (i) Plaintiff has agreed to grant DHS and CBP an extension of their deadlines to file an Answer to the Complaint until such time as settlement discussions between the Parties are

terminated, and (ii) DHS and CBP have agreed to an extension of the Plaintiff's deadline to file its supplemental brief relating to the Motion to Seal until such time as settlement discussions are terminated; and

WHEREAS the Parties have entered into this Stipulation asking that the Court approve the extension of the deadlines set forth herein.

It is therefore ORDERED, ADJUDGED and DECREED that:

1. DHS's and CBP's deadline to file an Answer to the Complaint is hereby extended until such time as settlement discussions between the Parties are terminated by written notice filed by one of the Parties.

2. Plaintiff's deadline to file its supplemental brief relating to the Motion to Seal and to amend his Complaint is hereby extended until such time as settlement discussions between the Parties are terminated by written notice filed by one of the Parties.

3. All other rights, claims and defenses of the Parties are reserved and preserved.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 18, 2026.



Wes Reber Porter
United States Magistrate Judge

STIPULATED AND AGREED:

 /s/ Edric M. Ching_____
EDRIC M. CHING, Assistant U.S. Attorney

Attorney for Defendants
DEPARTMENT OF HOMELAND SECURITY and
CUSTOMS AND BORDER PROTECTION